**HUNTON ANDREWS KURTH LLP**
MICHELE J. BEILKE (SBN 194098)
mbeilke@huntonAK.com
GALIT A. KNOTZ (State Bar No. 252962)
gknotz@huntonAK.com
HUNTON ANDREWS KURTH LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020

Attorneys for Defendant
JESCO ENVIRONMENTAL AND
GEOTECHNICAL SERVICES, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAGARION BROWN, ROY JACKSON, YAPHETT SAUNDERS, ISAAC SAUNDERS, HAKEEM ALLAMBIE, and NICHLON GARRETT, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TETRA TECH, INC., JESCO ENVIRONMENTAL AND GEOTECHNICAL SERVICES, INC., and DOES 1-20,<br><br>Defendants. | Case No.: 2:22-cv-01972-MCE-AC<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT JESCO ENVIRONMENTAL AND GEOTECHNICAL SERVICES, INC.'S TO FILE AN ANSWER**<br><br>Complaint Filed: October 31, 2022 |

The Court hereby GRANTS the joint stipulation of Plaintiffs Lagarion Brown, Roy Jackson, Yaphett Saunders, Isaac Saunders, Hakeem Allambie, and Nichlon Garrett ("Plaintiffs") and Defendant Jesco Environmental and Geotechnical Services, Inc. ("Defendant Jesco"), to extend Defendant Jesco's time to file an Answer to February 6, 2023.

IT IS SO ORDERED.

Dated: January 31, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE